### David Smith v. John Ihling.

*Issue of justice's summons on legal holiday is valid.*

Issue of justice's summons is a mere ministerial act and valid though done on a legal holiday.

Error to Van Buren. Submitted January 19. Decided January 25.

Assumpsit. Plaintiff brings error. Reversed.

*Annable & Fitch* for plaintiff in error. The Holiday Act (Comp. L. § 5682) merely forbids such legal proceedings as necessitate holding court: *Hemmens v. Bentley* 32 Mich. 89 ; *Hamilton v. People* 29 Mich. 173 ; but the issue

by a justice of a summons is ministerial: Cooley on Torts 378.

*George W. Lawton* for defendant in error. Judgment cannot be signed on days that are *dies non : Harrison v. Smith* 9 B. & C. 243; nor process issued : *Van Vechten v. Paddock* 12 Johns. 178; Washington's Birthday is on the same footing for business purposes as Sunday: *Gladwin v. Lewis* 6 Conn. 49: 16 Am. Dec. 33; *School Dist. v. Gage* 39 Mich. 484; and the issue of a summons is business within the statute: Comp. L. § 5682; *Coleman v. Henderson* 12 Am. Dec. 290; Littell's Cases 171.

MARSTON, J. This action was commenced in justice's court by issuing a summons on a legal holiday, February 22, 1881. On the return day, a motion was made to quash the proceedings which was denied, a trial was then had and judgment for the plaintiff. The cause was then taken to the circuit on a special appeal and the judgment of the justice reversed. The case comes here on writ of error.

The circuit court erred. The issuing of summons is a ministerial act and is not forbidden by the statute.

The judgment of the circuit must be reversed with costs.

The other Justices concurred.